**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 637 MAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
PATRICK GENE WILLITS, :
:
Petitioner :

## ORDER

**PER CURIAM**

AND NOW, this 3rd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.